### 6142.   PADEN *v.* THE STATE.

RUSSELL, C. J.   The newly discovered evidence offered in support of the motion for a new trial being of such a character as probably would cause a different result upon another investigation, the trial judge erred in overruling the motion.   Although newly discovered evidence may be somewhat cumulative of testimony previously introduced, and impeaching in its character, the real ultimate criterion by which the merit of such testimony should be measured is the probability of a different result.   *Mitchell* v. *State,* 6 *Ga. App.* 554 (4), 558 (65 S. E. 326); *Nolan* v. *State,* 14 *Ga. App.* 824 (82. S. E. 377), and citations.

> *Judgment reversed.*

DECIDED SEPTEMBER 17, 1915.

Indictment for robbery; from Fulton superior court—Judge B. H. Hill.   October 10, 1914.

*John A. Boykin,* for plaintiff in error.

*Hugh A. Dorsey, solicitor-general, E. A. Stephens,* contra.

---

### 6183.   CLARKE COUNTY OIL & FERTILIZER COMPANY *v.* KANONA COMPANY *et al.*

WADE, J.   There was no error in any instruction to the jury or in the admission of any testimony, sufficiently harmful to require a reversal. The case was fairly submitted to the jury, and there was sufficient evidence to support the verdict.   The various grounds of the motion for a new trial have been separately considered in the light of the entire record, and are without substantial merit.      *Judgment affirmed.*

DECIDED SEPTEMBER 17, 1915.

Complaint; from city court of Athens—Judge West.   November 12, 1914.

*Cobb & Erwin,* for plaintiff in error.

*T. W. Rucker, Lamar Rucker,* contra.